UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FREDERICK RICHARD BENZ,<br><br>          Plaintiff,<br><br>     v.<br><br>RYAN FELDMEIER; DREW SHARKEY; J. DANIEL; JACE SHIRRMACHER; OFFICER MIKE PILLA; CORPORAL TAYLOR AJA; SERGEANT ROGERS; OFFICER DANIEL JAMES; IDAHO STATE POLICE; CITY OF MERIDIAN; and DOES 1-20,<br><br>          Defendant(s). | Case No. 1:25-cv-00628-BLW<br><br>**ORDER** |

Before the Court is Plaintiff Frederick Richard Benz's Motion to Proceed In Forma Pauperis ("IFP"). The problem with Plaintiff's motion is that he did not provide sufficient information for the Court to properly evaluate his asserted indigency. In the supporting affidavit, Plaintiff simply states—in conclusory fashion and without providing any details—that he is unable to afford the filing fee. He did not submit the District of Idaho's long-form IFP application,[1] nor did

---

[1] This form can be located here: https://www.id.uscourts.gov/district/pro_se/Forms.cfm

**ORDER - 1**

he otherwise provide the financial information necessary for the Court to evaluate eligibility under 28 U.S.C. § 1915. To determine whether Plaintiff qualifies for IFP status, the Court must receive detailed information concerning income, assets, debts, and expenses. For this reason, the Court will deny the IFP motion without prejudice.

Plaintiff also asks the Court to grant him permission to file and receive documents electronically. The Court will deny this motion without prejudice as well. Plaintiff is free to renew this motion if he and when he chooses to renew his IFP motion or pay the $405 filing fee applicable to civil cases.

Accordingly,

**IT IS ORDERED that:**

1. Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 1) is **DENIED WITHOUT PREJUDICE.** Plaintiff shall submit a properly completed, long-form IFP application *or* pay the full civil filing fee within 30 days of this Order. If he fails to do either, this case will be dismissed without prejudice without further notice.

2. Plaintiff's Motion for Leave to File and Receive Documents Electronically via CM/ECF System (Dkt. 5) is **DENIED WITHOUT PREJUDICE.**

3. Plaintiff's Motion to Expedite Rulings on Pending Motions and his Motoin to Shorten Time (Dkts. 8, 9) are **DEEMED MOOT.**

DATED: December 8, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER - 3