UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FREDERICK RICHARD BENZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RYAN FELDMEIER; DREW SHARKEY; J. DANIEL; JACE SHIRRMACHER; OFFICER MIKE PILLA; CORPORAL TAYLOR AJA; SERGEANT ROGERS; OFFICER DANIEL JAMES; IDAHO STATE POLICE; CITY OF MERIDIAN; and DOES 1-20,<br><br>　　Defendants. | Case No. 1:25-cv-00628-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

　　Before the Court is Plaintiff Frederick Richard Benz's Renewed Motion for Leave to File and Receive Documents Electronically. Dkt. 20. Plaintiff is proceeding pro se. No defendant has responded to the motion.

　　Federal Rule of Civil Procedure 5(d)(3)(B) allows a person not represented by an attorney to file and sign documents electronically if allowed by court order or local rule. While an unrepresented individual may obtain the Court's permission to file submissions electronically using the CM/ECF system, such authorization is typically denied unless the pro se party makes a showing of good cause or

ORDER - 1

extenuating circumstances justifying such relief. *See, e.g., McMahon v. Cleveland Clinic Found. Police Dep't,* 455 F. App'x 874, 878 (11th Cir. 2011); *Heiney v. Moore,* 2021 WL 5396058, at *2–3 (N.D. Ohio Nov. 18, 2021).

In this case, Plaintiff previously sought leave to file electronically, and the Court denied that request without prejudice pending either proper in forma pauperis status or payment of the civil filing fee. Plaintiff now represents—and the docket confirms—that he has paid the full civil filing fee and that this matter is proceeding as a paid civil case. Plaintiff further represents that he has reliable access to a computer, internet service, and email, and that he is capable of complying with the Court's CM/ECF requirements.

The Court finds that, consistent with the command of Rule 1, granting the motion is appropriate to reduce cost and delay and to promote the efficient administration of this case. Accordingly, the Court will grant Plaintiff's request, subject to compliance with all applicable rules and procedures governing electronic filing. See Dist. Idaho L. Civ. Rule 5.1(f).

Accordingly,

**IT IS ORDERED that:**

1. Plaintiff's Renewed Motion for Leave to File and Receive Documents Electronically (Dkt. 20) is **GRANTED**.

2. Plaintiff must comply with all policies applicable to CM/ECF users under

Local Civil Rule 5.1 and the Electronic Case Filing Procedures.[1]

DATED: January 23, 2026

B. Lynn Winmill
United States District Judge

---

[1] The following webpage contains links to training resources:
https://id.uscourts.gov/district/ecf/Filing_in_ECF.cfm

**ORDER - 3**